DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 045P15 | State v. O'Reynold Jamaar Lennon | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-806) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | | **Ervin, J., recused** |
| 048P15 | State v. Ronald Dewayne Deese, III | Def's PDR Under N.C.G.S. § 7A-31 (COA14-508) | Denied |
| 051P15 | Le Oceanfront, Inc., et al. v. Lands End of Emerald Isle Association, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-287) | Denied |
| 052P15 | James Patrick Logan v. Charles Albert Morgan, et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-487) | Denied |
| 054P15 | State v. Christopher David Amyx | Def's PDR Under N.C.G.S. § 7A-31 (COA14-583) | Denied |
| | | | **Ervin, J., recused** |
| 055P15 | State v. James Edward Johnson | Def's PDR Under N.C.G.S. § 7A-31 (COA14-543) | Denied |
| | | | **Ervin, J., recused** |
| 064P15 | Tariq M. Khwaja v. Mohammed S. Khan and wife, Haseeb Akhtar, Mohammed Pervez Iqbal and wife, Irshad Begum | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-728) | Denied |
| 065P15 | State v. Keith Antonio Barnett | 1. State's Motion for Temporary Stay (COA14-447) | 1. Allowed **02/06/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | | **Beasley, J., recused** |